*Exhibit A*

# SPRINT CONTRACTOR SOLUTIONS
## CANDIDATE RIGHT TO REPRESENTATIVE AGREEMENT

**SECTION 1: CANDIDATE SUBMITTAL INFORMATION (COMPLETED BY VENDOR)**

| | |
|---|---|
| **SUBMITTING VENDOR NAME:** | Brook Consultants Inc |
| **SPRO REQUIREMENT NUMBER:** | 2677857 |
| **CANDIDATE NAME:** | Rufus Brooks |
| **CANDIDATE EMPLOYMENT STATUS:** | ☐ Current W-2 Employee of Submitting Vendor<br>☒ Candidate will be a W-2 Employee of Submitting Vendor<br>☐ Current W-2 Employee of an authorized 3rd Party Sub-Vendor |
| | When applicable, authorized 3rd Party Sub-vendor Name: |
| **CANDIDATE WORK STATUS:** (CHECK ONE) | U.S. Citizen ☒   GC Holder ☐   H-1B Visa ☐   Other US Work Visa ☐ |
| | *Reminder: Sprint will not sponsor VISA contract workers. Vendor's submitting a VISA candidate are doing so as the required Sponsor. Sprint will not have any employer-employee relationship with the candidate / contractor.* |

**CANDIDATE INSTRUCTIONS:**
- Review the information in Section 1 for accuracy.
- Complete Section 2 including your acknowledgement signature below.
- Return to document to the Submitting Vendor representative.
- Candidate should receive and retain a copy of the fully executed agreement for your personal records.

**SECTION 2: REPRESENTATION AGREEMENT (COMPLETED BY CANDIDATE)**

| CANDIDATE NAME: | Rufus Brooks | SOCIAL SECURITY # (LAST FOUR DIGITS): | 5044 |
|---|---|---|---|

PREVIOUS SPRINT OR SPRINT NEXTEL EXPERIENCE: WHEN APPLICABLE INCLUDE INFORMATION FOR LAST 5 YEARS. PLEASE NOTE THIS INFORMATION WILL BE COMPARED TO THE RESUME SUBMITTED, AND IS SUBJECT TO AUDIT.

| EMPLOYMENT STATUS | DATES ON ASSIGNMENT | ASSIGNMENT SPECIFICS (NON-EMPLOYEE = PROVIDE VENDOR NAME; FORMER EMPLOYEE = SPRINT MANAGER NAME AND JOB TITLE) |
|---|---|---|
| Non-Employee ☐ Employee ☐ | | |
| Non-Employee ☐ Employee ☐ | | |
| Non-Employee ☐ Employee ☐ | | |
| Non-Employee ☐ Employee ☐ | | |
| Non-Employee ☐ Employee ☐ | | |

I confirm that I have given exclusive right to represent to the Submitting Vendor Name for the SPro Requirement Number identified above in Section 1. I also confirm the accuracy of all data in Section 1. Any other company which submits my name/resume for this temporary assignment has done so without my authorization and consent.

**CANDIDATE ELECTRONIC SIGNATURE:** Rufus Lovell Brooks

**DATE CANDIDATE SIGNED:** 1-6-2020           **LAST 4 DIGITS SSN:** 5044

**Section 3: VENDOR CONFIRMATION (COMPLETED BY VENDOR AFTER SECTIONS 1 AND 2; INCLUDING CANDIDATE SIGNATURE.)**

**ACKNOWLEDGED:**
　　　　VENDOR REPRESENTATIVE SIGNATURE

**DATE:**