Exhibit B

**Brook right to represent - Rufus Brooks**  Yahoo/Inbox

**Ericsson ARP** <no_reply@e-supplierlink.com>  Mon, Feb 15, 2021 at 3:30 PM
To: brooks.rufus@yahoo.com

**Dear Rufus Brooks,**

Brook has requested your confirmation that:

  i. You have a business relationship with Brook; and
  ii. You agree that Brook has the exclusive right to represent ("R2R") you to Ericsson for a period of 30 days from today, 02/15/2021, on any assignment at Ericsson for which Brook believes you are qualified. Other agencies will not be able to submit you for assignments at Ericsson while you have an active R2R and the submission is valid.

If you do not respond to this email within 48 hours, we will assume you are not interested and you will be automatically rejected for this position.

Please follow the link below to accept or reject the right to represent.

Click here

Thank You.