EXHIBIT C

## E. Supplierlink No_reply

### Fusion Technical Solutions right to represent - Rufus Brooks
Yahoo/Inbox

**Ericsson ARP** <no_reply@e-supplierlink.com>
To: brooks.rufus@yahoo.com
Fri, Sep 17, 2021 at 9:29 AM

**Dear Rufus Brooks,**

Fusion Technical Solutions has requested your confirmation that:

i. You have a business relationship with Fusion Technical Solutions; and
ii. You agree that Fusion Technical Solutions has the exclusive right to represent ("R2R") you to Ericsson for a period of 30 days from today, 09/17/2021, on any assignment at Ericsson for which Fusion Technical Solutions believes you are qualified. Other agencies will not be able to submit you for assignments at Ericsson while you have an active R2R and the submission is valid.

If you do not respond to this email within 48 hours, we will assume you are not interested and you will be automatically rejected for this position.

Please follow the link below to accept or reject the right to represent.

Click here

Thank You.