

# RIGHT TO REPRESENT

I, Rufus Brooks _____ give eTeam Inc. my permission to present my resume and credentials to the below.

**Job ID** 53928
**Job Title** Construction Manager
**Location** Orlando, FL, 32789

Furthermore, I will/have not authorized any other individual, company or organization to represent me for the opportunity listed above and choose eTeam Inc. as my sole representative.

**Candidate Full Legal Name**   Rufus Brooks

**Candidate Signature**   *Rufus Brooks*

**Date & Time**   03/16/22 4:49:21 PM EDT



Document Assigned on: 03/16/22 4:03 PM EDT

Package Initiated by: Employer

Document Status: Signed

Signature Transaction ID: 1NSBqZnXI9xNMy98DVCipSwCQIuoSLEr1oEdHXrqc

## Document History

✔ Document assigned by Employer
03/16/22 4:03 PM EDT

✏ Document signed with JobDiva eSignature by Rufus Brooks
03/16/22 4:50 PM EDT from IP address: 72.238.132.142

POWERED BY
JobDiva eSignature