Exhibit "C"

