eTeam
efficiency. synergy. expertise

# RIGHT TO REPRESENT

I, Rufus Brooks give eTeam Inc. my permission to present my resume and credentials to the below.

| | |
|---|---|
| **Job ID** | 53928 |
| **Job Title** | Construction Manager |
| **Location** | Orlando, FL, 32789 |

Furthermore, I will/have not authorized any other individual, company or organization to represent me for the opportunity listed above and choose eTeam Inc. as my sole representative.

| | |
|---|---|
| Candidate Full Legal Name | Rufus Brooks |
| Candidate Signature | Rufus Brooks |
| Date & Time | 03/16/22 4:49:21 PM EDT |

1001 Durham Ave Ste 201, South Plainfield, New Jersey 07080
Phone (732)-248-1900 | Fax (908)-757-0800
www.eteaminc.com