

I agree.

Thank you,

Rufus Brooks

On Tuesday, January 25, 2022, 03:53:49 PM EST, Uzair Shafiq <uzair.shafiq@swius.com> wrote:

HI Rufus,

It was a pleasure talking to you on the phone today. As discussed and mutually agreed upon, please Package details & RTR document attached for you to sign.

Position Name:  NSNJP00030021:Construction Manager
Client:         NOKIA USA
Duration:       1 Year (Extendable)
Location:       Tampa/Lakeland, FL

As discussed you have agreed upon the below terms:

A) You are willing to work on-site in Tampa/Lakeland, FL for this position.
B) Your availability to join in 2 weeks.
C) Your last 4 digit of SSN 8123 and Day & Month of birth Feb 4th