**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

       Plaintiff,

v.                                                            Case No:   6:22-cv-669-WWB-LHP

BROOKS CONSULTANTS, INC.,
TERI-LYNNE JOHANSSON, GERRY
WYSE, LABYRINTH
INTERNATIONAL, LLC, FUSION
SOLUTION, INC., FATIMA ABBAS,
SWI, INC. and ETEAM, INC.,

       Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT, TERI-LYNNE JOHANSSON'S, AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 7)**
>
> **FILED:** April 27, 2022

**THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

The deadline for Defendant Teri-Lynne Johansson to respond to the amended complaint (Doc. No. 6) is extended up to and including **May 16, 2022**. No other deadlines are extended by this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] I note that the motion does not comply with the presiding District Judge's standing order regarding Local Rule 1.08. *See* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules. For the sake of judicial efficiency, I have accepted the filing, but caution counsel that future motions that fail to comply with the Federal Rules of Civil Procedure, the Local Rules, or Court Orders may be summarily denied without further notice.