FILED

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF FLORIDA ORLANDO    2022 MAY 25  PM 2: 24
DIVISION

                                    COURT
                          DISTRICT OF FLORIDA
                          ORLANDO, FLORIDA

RUFUS LOVELL BROOKS,                              CASE NO: 6:22-cv-669-WWB-LHP

          Plaintiff                               :

     Vs.

Brooks Consultants, Inc.
Teri-Lynne Johansson as Account Director at Brook, Inc., as
Operation Manager at Labyrinth, and in her individual
capacity; Gerry Wyse, as COO of Brook, Inc. and in his
individual capacity;

Labyrinth International, LLC,

Fusion Solution, Inc.
Fatima Abbas as VP of Fusion Solution, and, in her
individual capacity,                             **JURY TRIAL DEMAND**
SWI, Inc.,
eTeam, Inc.,

          Defendants

## PLAINTIFF MOTION FOR LEAVE OF THE COURT TO AMEND
## HIS FIRST AMENDED COMPLAINT

On April 6, 2022, Plaintiff Rufus Lovell Brooks, appearing *pro se*, filed a complaint against

Defendants Brooks Consultants, Inc., Teri-Lynne Johansson, Gerry Wyse, Labyrinth

International, LLC, Fusion Solution, Inc., Fatima Abbas, SWI, Inc., and eTeam, Inc.  In the

complaint, Plaintiff asserted several state law claims, including: (1) breach of contract

(counts I–III); (2) fraudulent misrepresentation (counts IV–V); and (3) intentional infliction

of emotional distress.

On April 220, Plaintiff amended his complaint to correct defects regarding jurisdictional.

 Plaintiff now comes before the Court requesting leave of the Court to amend his First

Amended Complaint.  Plaintiff wish to amend the Complaint by adding Count VII

(Intentional Interference with Prospective Economic Advantages), as to Defendants, Teri-

Lynne Johansson, Gerry Wyse, and Fatima Abbas. Plaintiff also wants to change

Defendant, SWI, Inc. to Subline Wireless, Inc. which is the legal name of SWI. Inc.


Respectfully submitted on Date: May 24, 2022

Rufus Lovell Brooks,
Acting pro se 14016
Myrtlewood Drive
Orlando, Florida 32832
E-mail: brooks.rufus@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2022, the foregoing Plaintiff' Motion

for leave to Amend his Amended Complaint was filed and a copy was mailed to all parties and

counsel of record via US mail, e-mail, and the Court's electronic system.

John B. Trawick PLLC
5101 N. 12th Avenue
Pensacola, FL 32504
Email: john@jbtrawicklaw.com

eTeam, Inc.
1001 Durham Avenue, Suite 201,
South Plainfield, NJ 0708,

Charles DinNuzio
Jackson Lewis P.C
390 N. Orange Ave
Suite 1285
Orlando, FL 32801

Labyrinth International, LLC c/o
Gabriel Callaghan--Registered Agent
555 Republic Drive, Ste. 200
Plano, TX 75074

SWI, Inc.
Suite GRO 2, South Building
White Plain, NY 10604

Paul J. Scheck
Shutts & Bowen
300 South Orange Ave
Ste 1600
Orlando, FL 32832