IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RUFUS LOVELL BROOKS,**

    **Plaintiff,**

v.                       CASE NO.: 6:22-cv-669-WWB-LHP

**BROOKS CONSULTANTS, INC.;
TERI-LYNNE JOHANSSON AS
ACCOUNT DIRECTOR AT BROOK,
INC.; AS OPERATION MANAGER
AT LABYRINTH; AND IN HER INDIVIDUAL
CAPACITY; GERRY WYSE, AS COO OF
BROOK, INC., AND IN HIS INDIVIDUAL
CAPACITY; LABYRINTH INTERNATIONAL,
LLC; FUSION SOLUTION, INC.; FATIMA
ABBAS AS VP OF FUSION SOLUTION,
AND IN HER INDIVIDUAL CAPACITY;
SWI, INC.; ETEAM, INC.,**

    **Defendants.**

---

**DEFENDANTS', BROOK CONSULTANTS, INC., GERRY WYSE,
AND SWI, INC., CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

The undersigned attorney for the above-names Defendants hereby certifies and discloses as follows:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates,

Page **1** of **4**

affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   a. **Rufus Lovell Brooks, Pro Se Plaintiff**

   b. **Brook Consultants, Inc., Defendant**

   c. **Gerry Wyse, Defendant**

   d. **SWI, Inc., Defendant**

   e. **John B. Trawick, Esq., Counsel for Brook Consultants, Inc., Gerry Wyse, and SWI, Inc.**

   f. **John B. Trawick, PLLC, Counsel for Brook Consultants, Inc., Gerry Wyse, and SWI, Inc.**

   g. **Terri-Lynne Johansson, Defendant**

   h. **Paul J. Scheck, Esq., Counsel for Defendant, Terri Lynne Johansson**

   i. **Reed Sabastian Arroyo, Esq. , Counsel for Defendant, Terri Lynne Johansson**

   j. **Shutts & Bowen, LLP, Counsel for Defendant, Terri Lynne Johansson**

   k. **Fusion Solution, Inc., Defendant**

   l. **Fatima Abbas, Defendant**

   m. **Alicia M. Chiu, Esq., Counsel for Defendants, Fusion Solution, Inc. and Fatima Abbas**

      n. **R. Charles DiNunzio, Jr., Counsel for Defendants, Fusion Solution, Inc. and Fatima Abbas**

      o. **Jackson, Lewis, P.C., Counsel for Defendants, Fusion Solution, Inc. and Fatima Abbas**

      p. **Labyrinth International, LLC, Defendant**

      q. **ETeam, Inc., Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    **Not applicable.**

4. The name of the victim (individual and corporate), including every person who may be entitled to restitution:

    **None not already identified in response to Item 1.**

5. Check one of the following:

    __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    -or-

_____ b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:  (Explain).

**Certificate of Service**

I hereby certify that on June 29, 2022, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system.  I also certify that *Pro Se* Plaintiff was served with a copy of this Certificate of Interested Persons and Corporate Disclosure Statement via email (brooks.rufus@yahoo.com) on the same date.

/s/ John B. Trawick
John B. Trawick
FL. BAR NO. 67407
John B. Trawick, PLLC
3298 Summit Blvd., Suite 5
Pensacola, FL 32503
(850) 476-0495
john@jbtrawicklaw.com
lisa@jbtrawicklaw.com
*Attorney for Defendants, Brook Consultants, Inc., Gerry Wyse, and SWI, Inc.*