**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

     Plaintiff*,*

v.

BROOKS CONSULTANTS, INC.,
et al.,

     Defendants*.*

CASE NO.: 6:22-cv-00669-WWB-LHP

## DEFENDANT, TERI-LYNNE JOHANSSON'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, TERI-LYNNE JOHANSSON, by and through the undersigned counsel provides the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a)    **Rufus Lovell Brooks - Pro Se Plaintiff**

    b)    **Teri-Lynne Johansson – Defendant**

    c)    **Shutts & Bowen LLP – Counsel for Defendant Teri-Lynne Johansson**

    d)    **Paul J. Scheck, Esquire – Counsel for Defendant Teri-Lynne Johansson**

    e)    **Reed Sebastian Arroyo, Esquire - Counsel for Defendant Teri-Lynne Johansson**

    f)    **Fusion Solutions, Inc. – Defendant**

    g)    **Fatima Abbas – Defendant**

h)      **Magic Software Enterprises Ltd. – Owner of Fusion Solutions, Inc. (MGIC-NASDAQ)**

i)      **Alicia M. Chiu, Esquire - Counsel for Defendants Fusion Solutions, Inc. and Fatima Abbas**

j)      **R. Charles DiNunzio, Jr., Esquire – Counsel for Defendants Fusion Solutions, Inc. and Fatima Abbas**

k)      **Jackson Lewis P.C. – Counsel for Defendants Fusion Solutions, Inc. and Fatima Abbas**

l)      **Brook Consultants, Inc. – Defendant**

m)     **Gerry Wyse – Defendant**

n)      **John B. Trawick, Esquire – Counsel for Defendants Brook Consultants, Inc. and Gerry Wyse**

o)      **John B. Trawick, PLLC – Counsel for Defendants Brook Consultants, Inc. and Gerry Wyse**

p)      **Labyrinth International, LLC – Defendant**

q)      **Sublime Wireless, Inc. – Defendant**

r)      **John B. Trawick, Esquire – Counsel for Defendant Sublime Wireless, Inc.**

s)      **John B. Trawick, PLLC – Counsel for Defendant Sublime Wireless, Inc.**

t)      **eTeam, Inc. – Defendant**

2.      the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None**

3.      the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4.      the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None not already identified in response to Item No. 1.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:  June 30, 2022

Respectfully submitted,

*/s/ Paul J. Scheck*
PAUL J. SCHECK, ESQ.
Florida Bar No. 028487
Email:  pscheck@shutts.com
REED SEBASTIAN ARROYO, ESQ.
Florida Bar No. 1014893
Email:  sarroyo@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile:   (407) 425-8316
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 30, 2022, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Paul J. Scheck*
Counsel

ORLDOCS 19766710 1