**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

    Plaintiff,

v.                                                     Case No.: 6:22-cv-669-WWB-LHP

BROOKS CONSULTANTS, INC., TERI-LYNNE JOHANSSON, GERRY WYSE, LABYRINTH INTERNATIONAL, LLC, FUSION SOLUTION, INC., FATIMA ABBAS, SWI, INC., and ETEAM, INC.,

    Defendants.

---

**ORDER**

The parties are hereby **ORDERED TO SHOW CAUSE** by a written response filed on or before **July 14, 2022,** why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed in the Court's Notice of Local Rule 3.02(a)(2) (Doc. 5), filed on April 11, 2022. The parties shall also file the Case Management Report. Failure to respond shall result in a dismissal of this action without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party