UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| RUFUS LOVELL BROOKS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:22-cv-00669-WWB-LHP |
| BROOKS CONSULTANTS, INC., et al., | ) |
| Defendants. | ) |

**PARTIES' JOINT RESPONSE TO THE COURT'S JULY 1, 2022, ORDER TO SHOW CAUSE (Doc. 40)**

The Plaintiff individually, and the Defendants by and through their undersigned counsel, hereby respond to the Court's July 1, 2022, Order to Show Cause (Dkt. 40).

The Court's Order to Show Cause stated that the Parties had failed to file a Case Management Report within the time prescribed by the Court's Notice of Local Rule 3.02(a)(2) (Doc. 5), filed on April 11, 2022. Prior to the Court's issuance of the Order to Show Cause, defense counsel had prepared a proposed Rule 26(f) report, which they had sent to Plaintiff for approval. In addition, defense counsel had reached out to Plaintiff about scheduling a Rule 26(f) planning conference. This conference was scheduled to occur, and did occur, on

July 6, 2022. The Parties filed the Case Management Report on July 11, 2022. The Parties apologize to the Court for the oversight and delay in filing their Case Management Report, and pray this Response disposes of the Order to Show Cause in full.

    WHEREFORE, because the failure to file the Case Management Report was due to an inadvertent oversight by the Parties, and the failure has been corrected, the Parties respectfully request that no sanctions be imposed.

    DATED this 14th day of July, 2022.

| | |
|---|---|
| Rufus Lovell Brooks<br>14016 Myrtlewood Drive<br>Orlando, Florida 32832<br>Telephone: (407) 381-3681 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441 |
| By: */s/ Rufus Lovell Brooks*<br>    Rufus Lovell Brooks<br>    *Pro Se Plaintiff*<br>    Brooks.rufus@yahoo.com | By: */s/ Alicia M. Chiu*<br>    Alicia M. Chiu<br>    Florida Bar No. 0058366<br>    alicia.chiu@jacksonlewis.com<br><br>    R. Charles DiNunzio, Jr.<br>    Florida Bar No. 1029108<br>    charles.dinunzio@jacksonlewis.com<br><br>    Attorneys for Fusion Solution, Inc.<br>    Fatima Abbas |

| | |
|---|---|
| SHUTTS & BOWEN, LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br>Telephone:  (407) 835-6767<br>Facsimile #: (407) 425-8316 | JOHN B. TRAWICK PLLC<br>3298 Summit Blvd., Suite 5<br>Pensacola, FL 32503<br>Telephone:  (850) 476-0495 |
| By: */s/ Paul J. Scheck*<br>Paul J. Scheck<br>Florida Bar No: 028487<br>pscheck@shutts.com<br><br>Reed Sebastian Arroyo<br>Florida Bar #No: 1014893<br>sarroyo@shutts.com<br><br>Attorneys for Defendant Teri-Lynne Johansson | By: */s/ John Bassett Trawick*<br>John Bassett Trawick<br>Florida Bar No. 67407<br>john@jbtrawicklaw.com<br><br>Attorneys for Defendants Brooks Consultant, Inc., Gerry Wyse and SWI, Inc. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel-of-record and was furnished by email to Mr. Rufus Lovell Brooks at Brooks.rufus@yahoo.com.

*/s/ Alicia M. Chiu*
Alicia M. Chiu

4891-6700-0361, v. 2

3