

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUFUS LOVELL BROOKS,                )
                                    )
    Plaintiff,                      )    CASE NO. 6:22-cv-00669-WWB-LHP
                                    )
                                    )
v.                                  )
                                    )
BROOKS CONSULTANTS, INC., et, al
                                    )
                                    )
                                    )    **AFFIDAVIT FOR**
                                    )    **ENTRY OF DEFAULT**
    Defendant.                      )
_____ )

Plaintiff, Rufus Lovell Brooks, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the plaintiff acting pro se in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant eTEAM, INC., pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

    A.    The defendant was personally served, through its employee Binal Panchal, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

    B.    A copy of Plaintiff's Second Amended Complaint was mailed to the defendant on June 13, 2022.

    C.    Upon Plaintiff's information and belief, the defendant, being an New Jersey corporation with its principal place of business in Somerset, New Jersey, is neither an infant nor an incompetent person requiring special service in

        accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

D.     The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

E.     Copies of this Affidavit and the Motion and Supporting Memorandum of Law, with attachment, seeking entry of default judgment, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

*[signature]*
Rufus Lovell Brooks
Acting pro se

14016 Myrtlewood Drive
Orlando, FL. 32832
(407) 704-8123

Date: July 30, 2022

2