## UNITED STATES POSTAL SERVICE — Click-N-Ship®

P

usps.com
$8.70
US POSTAGE

9405 5036 9930 0310 3457 60 0087 0000 0213 2801

**U.S. POSTAGE PAID**
Click-N-Ship®

07/30/2022   0 lb 2 oz   Mailed from 32832

### PRIORITY MAIL®

RUFUS L BROOKS
14016 MYRTLEWOOD DR
ORLANDO FL 32832-5715

Expected Delivery Date: 08/02/22

0000

C016



CLERK OF THE COURT CLERK OF THE COURT
US DISTRICT COURT
CASE # 6-22-CV-669-WWB-LHP
401 W CENTRAL BLVD
ORLANDO FL 32801-0401

**USPS TRACKING #**



9405 5036 9930 0310 3457 60

Electronic Rate Approved #038555749

