**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

    Plaintiff,

v.                                                Case No:   6:22-cv-669-WWB-LHP

BROOKS CONSULTANTS, INC.,
TERI-LYNNE JOHANSSON, GERRY
WYSE, LABYRINTH
INTERNATIONAL, LLC, FUSION
SOLUTION, INC., FATIMA ABBAS,
SWI, INC. and ETEAM, INC.,

    Defendants

---

## ORDER

This cause comes before the Court on Defendants' amended certificates of service (Doc. Nos. 65–66) related to two pending motions for protective order (Doc. Nos. 62–63). Upon consideration of the representations made therein, it is **ORDERED** that Plaintiff shall have up to and including **December 6, 2022** to file with the Court responses to the motions for protective order (Doc. Nos. 62–63) should he so choose. Plaintiff is cautioned that failure to file responses to the motions for protective order by this deadline will result in the Court treating the

motions as unopposed. *See* Doc. No. 47 ¶ 5. *See also* Local Rule 3.01(c); Doc. No. 44 ¶ (II)(E).

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties