UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUFUS LOVELL BROOKS,

    Plaintiff,

vs.                                    CASE NO: 6:22-CV-00669-WWB-LHP

BROOKS CONSULTANTS, INC.;
TERI-LYNNE JOHANSSON AS
ACCOUNT DIRECTOR AT BROOKS,
INC., AS OPERATIONS MANAGER
AT LABYRINTH, AND IN HER
INDIVIDUAL CAPACITY; GERRY
WYSE, AS COO OF BROOKS, INC.
AND IN HIS INDIVIDUAL CAPACITY;
LABYRNTH INTERNATIONAL, LLC;
FUSION SOLUTIONS, INC.; FATIMA
ABBAS AS VP OF FUSION SOLUTIONS,
AND IN HER INDIVIDUAL CAPACITY;
SWI, INC.; ETEAM, INC.,

    Defendants.
_____/

**DEFENDANT, TERI-LYNNE JOHANSSON'S, ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, TERI-LYNNE JOHANSSON ("Defendant Johansson"), by and through her undersigned counsel, hereby submits her Answer, Defenses and Affirmative Defenses to Counts I and II of the Second Amended Complaint filed by Plaintiff, RUFUS LOVELL BROOKS ("Plaintiff").[1] In support, Defendant Johansson states as follows in response to each of the numbered paragraphs of the Second Amended Complaint:

---

[1] Defendant Johansson has not filed a response to Count III of the Second Amended Complaint as it contains allegations only against other defendants to this action. Plaintiff Johansson has not filed a response to Counts IV, V, VI, and VII based on this Court's

**JURISDICTION, VENUE AND PARTIES**

1. Defendant Johansson admits that this Court has jurisdiction over this matter. Defendant Johansson otherwise denies the allegations of Paragraph 1.

2. Defendant Johansson admits that venue is appropriate in this Court. Defendant Johansson otherwise denies the allegations of Paragraph 2.

3. Defendant Johansson admits that venue is appropriate in this Court. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 3 and therefore denies same.

4. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 4 and therefore denies same.

5. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 5 and therefore denies same.

6. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 6 and therefore denies same.

7. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 7 and therefore denies same.

8. Plaintiff omitted a paragraph 8 from the Second Amended Complaint and thus no response is required to paragraph 8.

9. Plaintiff omitted a paragraph 9 from the Second Amended Complaint and thus no response is required to paragraph 9.

---

Order dated January 12, 2023 dismissing such claims as they pertain to Defendant Johansson. (Doc. 70).

10. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 10 and therefore denies same.

11. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 11 and therefore denies same.

12. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 12 and therefore denies same.

13. Defendant Johansson admits the allegations of paragraph 13.

14. Defendant Johansson admits that she has been employed as a W2 employee by a company conducting business within the state of Florida during times relevant to this action. Defendant Johansson denies the remaining allegations of paragraph 14.

15. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 15 and therefore denies same.

16. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 16 and therefore denies same.

17. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 17 and therefore denies same.

18. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 18 and therefore denies same.

19. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 19 and therefore denies same.

20. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 20 and therefore denies same.

21. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 21 and therefore denies same.

22. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 22 and therefore denies same.

23. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 23 and therefore denies same.

24. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 24 and therefore denies same.

25. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 25 and therefore denies same.

## STATEMENT OF THE FACTS

26. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 26 and therefore denies same.

27. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 27 and therefore denies same.

28. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 28 and therefore denies same.

29. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 29 and therefore denies same.

30. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 30 and therefore denies same.

31. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 31 and therefore denies same.

32. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 32 and therefore denies same.

33. Defendant Johansson admits that the length and conditions of the "right to represent" agreements that are required by specific clients vary in terms of length and conditions. Defendant Johansson denies the remaining allegations of paragraph 33.

34. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 34 and therefore denies same.

35. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 35 and therefore denies same.

36. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 36 and therefore denies same.

37. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 37 and therefore denies same.

38. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 38 and therefore denies same.

39. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 39 and therefore denies same.

40. Defendant Johansson denies that she belongs to "that group" as referenced by Plaintiff in paragraph 40. Defendant Johansson otherwise is without knowledge or information as to the truth of the allegations of paragraph 40 and therefore denies same.

41. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 41 and therefore denies same.

42. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 42 and therefore denies same.

43. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 43 and therefore denies same.

44. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 44 and therefore denies same.

45. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 45 and therefore denies same.

## ACTUAL ALLEGATIONS

46. Defendant Johansson denies the allegations of paragraph 46.

47. Defendant Johansson admits that she previously served as an Account Manager for Defendants Brook Consultants, Inc. and Labyrinth International, LLC. Defendant Johansson denies the remaining allegations of paragraph 47.

48. Defendant Johansson denies the allegations of paragraph 48.

49. Defendant Johansson denies the allegations of paragraph 49.

50. Defendant Johansson denies the allegations of paragraph 50.

51. Defendant Johansson denies the allegations of paragraph 51.

52. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 52 and therefore denies same.

53. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 53 and therefore denies same.

54. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 54 and therefore denies same.

55. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 55 and therefore denies same.

56. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 56 and therefore denies same.

57. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 57 and therefore denies same.

58. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 58 and therefore denies same.

59. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 59 and therefore denies same.

60. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 60 and therefore denies same.

61. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 61 and therefore denies same.

62. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 62 and therefore denies same.

63. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 63 and therefore denies same.

64. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 64 and therefore denies same.

65. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 65 and therefore denies same.

66. Defendant Johansson denies the allegations of paragraph 66 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 66 and therefore denies same.

67. Defendant Johansson denies the allegations of paragraph 67 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 67 and therefore denies same.

68. Defendant Johansson denies the allegations of paragraph 68 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 68 and therefore denies same.

69. Defendant Johansson denies the allegations of paragraph 69 as they pertain to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 69 and therefore denies same.

70. Defendant Johansson denies the allegations of paragraph 70 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 70 and therefore denies same.

71. Defendant Johansson denies the allegations of paragraph 71 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 71 and therefore denies same.

72. Defendant Johansson denies the allegations of paragraph 72 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 72 and therefore denies same.

73. Defendant Johansson denies the allegations of paragraph 73 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 73 and therefore denies same.

74. Defendant Johansson denies the allegations of paragraph 74 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 74 and therefore denies same.

75. Defendant Johansson admits that when she was made aware of a job opening with Ericsson or Sprint, she would send the job details to all individuals, including the Plaintiff, who had a "right to represent" agreement with her employer, and inquire if they felt fully qualified and interested in being submitted for the position. Defendant Johansson denies the remaining allegations of paragraph 75.

76. Defendant Johansson denies the allegations of paragraph 76.

77. Defendant Johansson denies the allegations of paragraph 77 as they pertain to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 77 and therefore denies same.

78. Defendant Johansson denies the allegations of paragraph 78.

79. Defendant Johansson denies the allegations of paragraph 79.

80. Defendant Johansson admits the allegations of paragraph 80.

81. Defendant Johannsson denies the allegations of paragraph 81.

82. Defendant Johannsson is without knowledge or information as to the truth of the allegations of paragraph 82 and therefore denies same.

83. Defendant Johannsson denies the allegations of paragraph 83.

84. Defendant Johannsson denies the allegations of paragraph 84.

85. Defendant Johannsson denies the allegations of paragraph 85.

86. Defendant Johannsson denies the allegations of paragraph 86.

87. Defendant Johannsson denies the allegations of paragraph 87.

88. Defendant Johannsson denies the allegations of paragraph 88.

89. Defendant Johannsson denies the allegations of paragraph 89.

90. Defendant Johannsson denies the allegations of paragraph 90.

91. Defendant Johannsson denies the allegations of paragraph 91.

92. Defendant Johansson denies the allegations of paragraph 92 as they pertain to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 92 and therefore denies same

93. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 93 and therefore denies same.

94. Defendant Johansson denies the allegations of paragraph 94.

95. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 95 and therefore denies same.

96. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 96 and therefore denies same.

97. Defendant Johansson denies the allegations of paragraph 97 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 97 and therefore denies same.

98. Defendant Johansson denies the allegations of paragraph 98 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 98 and therefore denies same.

99. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 99 and therefore denies same.

100. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 100 and therefore denies same.

101. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 101 and therefore denies same.

102. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 102 and therefore denies same.

103. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 103 and therefore denies same.

104. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 104 and therefore denies same.

105. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 105 and therefore denies same.

106. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 106 and therefore denies same.

107. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 107 and therefore denies same.

108. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 108 and therefore denies same.

109. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 109 and therefore denies same.

110. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 110 and therefore denies same.

111. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 111 and therefore denies same.

112. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 112 and therefore denies same.

113. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 113 and therefore denies same.

114. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 114 and therefore denies same.

115. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 115 and therefore denies same.

116. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 116 and therefore denies same.

## COUNT I
### (Breach of Contract)

117. Defendant Johansson admits that paragraph 117 purports to assert a claim for breach of contract and related alleged damages against Defendant Johansson and the other named Defendants. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations in paragraph 117 and therefore denies same.

118. Defendant Johansson incorporates and realleges her responses set forth above to paragraphs 1 through 116 as if fully set forth herein.

119. Defendant Johansson denies the allegations of paragraph 119 as they pertain to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 119 and therefore denies same.

120. Defendant Johansson is without knowledge or information as to the truth of the allegations of paragraph 120 and therefore denies same.

121. Defendant Johansson denies the allegations of paragraph 121 as they pertain to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 121 and therefore denies same.

122. Defendant Johansson denies the allegations of paragraph 122.

123. Defendant Johansson denies the allegations of paragraph 123 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 123 and therefore denies same.

124. Defendant Johansson denies the allegations of paragraph 124 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 124 and therefore denies same.

125. Defendant Johansson denies the allegations of paragraph 125.

126. Defendant Johansson denies the allegations of paragraph 126.

## COUNT II
### (Intentionally Breached of Contract)

127. Defendant Johansson incorporates and realleges her responses set forth above in response to paragraphs 1 through 116 as if fully set forth herein.

128. Defendant Johansson denies the allegations of paragraph 128 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 128 and therefore denies same.

129. Defendant Johansson denies the allegations of paragraph 129 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 129 and therefore denies same.

130. Defendant Johansson denies the allegations of paragraph 130 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 130 and therefore denies same.

131. Defendant Johansson denies the allegations of paragraph 131 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 131 and therefore denies same.

132. Defendant Johansson denies the allegations of paragraph 132 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 132 and therefore denies same.

133. Defendant Johansson denies the allegations of paragraph 133 to the extent they apply to her. Defendant Johansson is without knowledge or information as to the truth of the remaining allegations of paragraph 133 and therefore denies same.

134. Defendant Johansson denies the allegations of paragraph 134.

Defendant Johansson denies that Plaintiff is entitled to any relief sought in the unnumbered "WHEREFORE" paragraph or its subparts following paragraph 209 of the Second Amended Complaint.

## JURY DEMAND

Defendant Johansson acknowledges that Plaintiff seeks a jury trial, but denies that there are any genuine issues of material fact to be tried, and as a result denies that Plaintiff is entitled to a jury trial in this matter.

## **GENERAL DENIAL**

Defendant Johansson denies every allegation of fact and conclusion of law that have not been expressly admitted in this pleading.

## **DEFENSES AND AFFIRMATIVE DEFENSES**

1. Plaintiff's Second Amended Complaint fails to state a cause of action against Defendant Johansson upon which relief can be granted as she was not a party to the written agreements identified as Exhibit "A" or Exhibit "B" attached to the Second Amended Complaint, or any other written agreements with the Plaintiff. Plaintiff similarly does not allege or assert any enforceable oral agreement between himself and Defendant Johansson.

2. To the extent any purported contract existed between Plaintiff and Defendant Johansson, which Defendant Johansson denies, Defendant Johansson fully and completely performed any and all obligations and duties required of her by the terms of said contract(s).

3. To the extent any purported contract existed between Plaintiff and Defendant Johansson, which Defendant Johansson denies, any alleged failure of Defendant Johansson to perform under the alleged contract was justified based on Plaintiff's actions.

4. Plaintiff's "Intentionally Breached of Contract" claim should be dismissed for failure to state a claim upon which relief may be granted as there is no independent cause of action for a breach of contract that is allegedly intentional, separate and apart from the underlying breach of contract itself. Being that Plaintiff has already asserted a claim for

breach of contract against Defendant Johansson, Plaintiff's claim for "Intentionally Breach of Contract" is duplicative and should be dismissed.

5. Some or all of the allegations alleged against Defendant Johansson in Plaintiff's Second Amended Complaint are barred by the applicable statute of limitations period.

6. Plaintiff's damages are speculative and therefore not recoverable.

7. Plaintiff's demand for punitive damages in his "Breach of Contract" and "Intentionally Breach of Contract" claims are without merit and are subject to dismissal as punitive damages are not available for a breach of contract claim under the allegations set forth in the Second Amended Complaint.

8. Defendant Johansson reserves the right to plead any and all additional affirmative defenses that may become known during the course of discovery.

WHEREFORE, Defendant Teri-Lynne Johansson, respectfully requests that this Court dismiss Plaintiff's Complaint as it pertains to her; and grant such additional and further relief as this Court deems just and proper.

Dated this 26th day of January, 2023.

/s/ Paul J. Scheck
PAUL J. SCHECK, ESQ.
Florida Bar No.: 028487
Primary E-Mail: pscheck@shutts.com
Secondary E-Mail: mljohnson@shutts.com
REED SEBASTIAN ARROYO, ESQ.
Florida Bar No. 1014893
Primary Email: sarroyo@shutts.com
Secondary Email: mljohnson@shutts.com
**SHUTTS & BOWEN, LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6767
Facsimile: (407) 425-8316

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 26th day of January, 2023 with the United States District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing to all counsel-of-record and furnished by U.S. Mail and via electronic mail to:

Rufus Lovell Brooks
14016 Myrtlewood Drive
Orlando, FL  32832
*pro se* Plaintiff
brooks.rufus@yahoo.com

/s/ Paul J. Scheck
Counsel of Record

ORLDOCS 20273266 3