# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RUFUS LOVELL BROOKS,

    Plaintiff,

v.                                                     Case No.: 6:22-cv-669-WWB-LHP

BROOKS CONSULTANTS, INC., TERI-
LYNNE JOHANSSON, GERRY WYSE,
LABYRINTH INTERNATIONAL, LLC,
FUSION SOLUTION, INC., FATIMA
ABBAS and SWI, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants Fusion Solutions, Inc. and Fatima Abbas' Rule 21 Motion to Dismiss Them from the Current Action as Improperly Joined Defendants (Doc. 74). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 89), wherein she recommends that the Motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants Fusion Solutions, Inc. and Fatima Abbas' Rule 21 Motion to Dismiss Them from the Current Action as Improperly Joined Defendants (Doc. 74) is **GRANTED**.

3. The case is **DISMISSED without prejudice** as to Defendants Fusion Solutions, Inc. and Fatima Abbas.

4. If Plaintiff files a separate action as to Defendants Fusion Solutions, Inc. and Fatima Abbas no later than thirty days from the date of this Order, the Court finds that such action shall be deemed a continuation of the original action for the purposes of the statute of limitations.

5. The Clerk is directed to terminate Fusion Solutions, Inc. and Fatima Abbas as defendants in this matter and amend the caption accordingly.

**DONE AND ORDERED** in Orlando, Florida on June 29, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party