**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

        Plaintiff,

v.                                        Case No:   6:22-cv-669-WWB-LHP

BROOKS CONSULTANTS, INC.,
TERI-LYNNE JOHANSSON and
GERRY WYSE,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** TIME SENSITIVE -- MOTION TO COMPEL PLAINTIFF TO ATTEND LOCAL RULE 3.06(b) IN-PERSON MEETING OR, ALTERNATIVELY, MOTION TO CONDUCT STATUS CONFERENCE (Doc. No. 104)
>
> **FILED:** May 3, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants move to compel Plaintiff to attend an in-person pretrial meeting pursuant to Local Rule 3.06, which has been scheduled to take place at the Orange

County Bar Association office at 1:00 p.m. on May 22, 2024. Doc. No. 104. The Court ordered Plaintiff to respond to the motion on or before May 8, 2024, Doc. No. 105, but he did not. And after filing the motion, Defendants filed a "Notice of Compliance" stating that Plaintiff emailed defense counsel "and agreed that he will attend the in-person meeting that's been scheduled for May 22, 2024, at 1:00 P.M. at the Orange County Bar Association office." Doc. No. 106.

Upon consideration, given the lack of opposition to the motion, *see* Doc. No. 105, and Plaintiff's apparent agreement to the relief sought therein, *see* Doc. No. 106, Defendants' Motion (Doc. No. 104) is **GRANTED**. It is **ORDERED** that all parties shall appear at the **Orange County Bar Association office at 1:00 p.m. on May 22, 2024**, for purposes of conducting the pretrial meeting pursuant to Local Rule 3.06. **Failure to comply with this Order may result in the imposition of sanctions.**

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties